Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Richard Boyd Cooper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BOYD COOPER, | Case No.: 2:14-cv-09611-AS |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $**4,100.00** as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: March 31, 2016

_____/ s /_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

-1-

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ *Monica Perales*
  _____
4 Monica Perales
  Attorney for plaintiff Richard Boyd Cooper